Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4223 | **DATE** | 7/26/2000 |
| **CASE TITLE** | Al A. Preus vs. Dominick's Finer Foods | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. This Court is returning the two counterparts of the Motion to Preus for completion.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 27 2000 | 6 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 7/26/2000 | |
| SN | courtroom deputy's initials | 00 JUL 26 PM 3:49 | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AL A. PREUS,                    )
                                )
            Plaintiff,          )
                                )
    v.                          )   No.  00 C 4223
                                )
DOMINICK'S FINER FOODS,         )
                                )
            Defendant.          )

DOCKETED
JUL 2 7 2000

MEMORANDUM OPINION AND ORDER

This Court has granted leave to pro se plaintiff Al Preus ("Preus") to proceed without prepayment of the filing fee in his Complaint of Employment Discrimination brought against his ex-employer Dominick's Finer Foods. Now the Clerk's Office has received, and has transmitted to this Court's chambers, Preus' Motion for Appointment of Counsel ("Motion"), which uses the form provided by the Clerk's Office for that purpose.

But Preus has failed to complete the most important portion of that document (Motion ¶2), which requires the movant to identify his or her own previous efforts to retain counsel. Accordingly this Court is returning the two counterparts of the Motion to Preus for completion in that respect, in addition to which he should check off either (1) the second box in Motion ¶4 if his previously-filed Application To Proceed Without Prepayment of Fees ("Application") correctly reflects his current financial status or (2) if that is not the case, the third box in Motion

¶4, to be accompanied by an amended Application.

									_____
									Milton I. Shadur
									Senior United States District Judge

Date: July 26, 2000